UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IBRAMAR HOLDING CO. (S.A.E.),

                        Plaintiff,

-v-                                              **STATEMENT PURSUANT TO F.R.C.P 7.1**

PACIFIC PLUS CO. LTD., and
CORAL RIVER INVESTORS INC.

                        Defendants.
------------------------------------------------------------x



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, IBRAMAR HOLDING CO. (S.A.E.), certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Oyster Bay, New York
         June 10, 2008

                                          CHALOS & CO, P.C.
                                          Attorneys for Plaintiff
                                          IBRAMAR HOLDING CO. (S.A.E.)

                        By:  _____
                                   George M. Chalos (GC-8693)
                                   123 South Street
                                   Oyster Bay, New York 11771
                                   Tel: (516) 714-4300
                                   Fax: (866) 702-4577
                                   Email: gmc@chaloslaw.com