CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IBRAMAR HOLDING CO. (S.A.E.)

                       Plaintiff,      :      08-CV-5301

v.                      :      **NOTICE OF APPEARANCE**

PACIFIC PLUS CO. LTD. and CORAL RIVER
INVESTORS INC.

                       Defendants.
-----------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       July 2, 2008

                                        CLARK, ATCHESON & REISERT
                                        Attorneys for Garnishee
                                        Societe Generale New York Branch

              By:   */s/ Richard J. Reisert*
                          Richard J. Reisert (RR-7118)
                          7800 River Road
                          North Bergen, NJ 07047
                          Tel: (201) 537-1200
                          Fax: (201) 537-1201
                          Email: reisert@navlaw.com