UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IBRAMAR HOLDING CO. (S.A.E.)

                                    *Plaintiff*,         08 CV 5301 (CM)

v.

PACIFIC PLUS CO. LTD., and
CORAL RIVER INVESTORS INC.

                                    *Defendant*.
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                             ) SS.:
COUNTY OF NASSAU   )

      Katherine N. Christodoulatos, being duly sworn, deposes and says:

      1.     That she is an employee of Chalos & Co, P.C., counsel of record for Plaintiff herein.

      2.     That deponent is not a party to the action or proceeding, is over eighteen (18) years of age, and resides in Astoria, New York.

      3.     That on July 2, 2008, she served the within Summons, Verified Complaint, Order for Issuance of Process of Maritime Attachment, Process of Maritime Attachment and Notice of Attachment upon:

| Pacific Plus Co. Ltd. | Coral River Investors Inc. |
|---|---|
| 690037, 12B Yumasheva Str. | 690037, 12B Yumasheva Str. |
| Vladivostok, Russia | Vladivostok, Russia |

by sending a true copy of the above-listed in secure, postpaid courier parcel directed to the above-mentioned party at the above-listed address, that this being the address designated by this defendant for the purpose of receiving proceeding papers, the place where they then kept an office, and where there then was regular communication by mail.

Sworn to before me this
2nd day of July 2008

                                                                   _____
                                                                    Katherine N. Christodoulatos

GEORGE M. CHALOS
Notary Public, State of New York
No. 02CH6015898
Qualified in Nassau County
Commission Expires Nov. 9, 20__